IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LEGREE,

       Plaintiff,                     No. 2:12-cv-2504 JFM P

       vs.

V. SINGH, Warden,

       Defendant.               <u>ORDER</u>

                              /

       On August 1, 2013, plaintiff filed a document styled "Plaintiff's Opposition to the Magistrate Judge's Findings in that Court's June 12, 2013 Order." This civil rights action was closed on February 6, 2013, and plaintiff's motion for reconsideration of the order of dismissal was filed on June 13, 2013. Plaintiff's August 1, 2013 filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be disregarded. No orders will issue in response to future filings in this closed case.

       IT IS SO ORDERED.

DATED: September 16, 2013

                                                  /s/ Allison Claire
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE

12;legr2504.58

1